FLORIDA EAST COAST RAILWAY COMPANY, A CORPORATION, *Appellant,* v. CITY OF MIAMI, A MUNICIPAL CORPORATION, AND W. B. MOORE, AS CITY CLERK OF THE CITY OF MIAMI, *Appellees.*

Opinion Filed July 26, 1920.

An Appeal from the Circuit Court for Dade County; H. Pierre Branning, Judge.

*Brown, Twyman & Scott* and *Scott M. Loftin,* for Appellant;

*S. P. Robineau,* for Appellees.

. PER CURIAM.—Proceedings brought to enjoin the enforcement of special assessments for a storm sewer were dismissed on demurrer. As the allegations of the bill of complaint are a sufficient basis for evidence upon the fundamental question of whether complainant's specified property is or could be at all benefited by the construction of the storm sewer, the bill is not without equity and should not have been dismissed on demurrer.

Reversed for further proceedings.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., not participating.